UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

              Plaintiff,

    - against -

FATIMA PERFUME AND GIFT INC., et al.,

              Defendants.

24-cv-9659 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **February 6, 2025**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **February 20, 2025**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
             January 23, 2025

                                            John G. Koeltl
                                    United States District Judge