UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

               Plaintiff,            24-cv-9659 (JGK)

    - against -                 ORDER

FATIMA PERFUME AND GIFT INC., ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 21, 2025.

SO ORDERED.

Dated:    New York, New York
         April 7, 2025

                                          John G. Koeltl
                                   United States District Judge