UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOURSE,
       Plaintiff(s)

    24 civ 9659 (JGK)

  -against-

FATIMA PERFUME AND GIFT, INC., et al.,
       Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, April 15, 2025, at 12:30pm is canceled.

**SO ORDERED.**

              _____
              JOHN G. KOELTL
             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
   April 8, 2025